UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 08-60608-CIV-HURLEY/HOPKINS

HARVEY GOODMAN,

        Plaintiff,

v.

CYPRESS CREEK STATION
RESTAURANT, INC., a Florida
Corporation, d/b/a CARLUCCI'S ITALIAN
RESTAURANT, and CYPRESS CREEK
ASSOCIATES LIMITED PARTNERSHIP,
a foreign limited partnership,

        Defendants.

## ORDER ON MOTION TO SET ASIDE THE CLERK'S DEFAULT ENTERED AGAINST CYPRESS CREEK ASSOCIATES LIMITED PARTNERSHIP AND FOR AN ENLARGEMENT OF TIME FOR CYPRESS CREEK ASSOCIATES LIMITED PARTNERSHIP TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE having come before the Court on Defendant, Cypress Creek Associates Limited Partnership's Motion to Set aside the Clerk's Default Entered and for an Enlargement of Time for Cypress Creek Associates Limited Partnership to Respond to Plaintiff's Complaint, and (DE #33) the Court having reviewed said motion, and being fully advised in the premises, and for good cause shown, it is hereupon,

**ORDERED AND ADJUDGED** as follows:

1. Cypress Creek Associates Limited Partnership's Motion be and is hereby GRANTED. The Clerk's default (DE# 31) is vacated.

2. Cypress Creek Associates Limited Partnership shall have until September 13, 2008 to file a response to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers this 18th day of August, 2008.

```
_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE
```

<u>Copies furnished</u>:
All counsel of record.

# 5546324_v1